I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-27-15

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAM QUINCY JONES,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, Warden,<br><br>    Respondent. | Case No. CV 14-09373 FMO (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [6]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections are overruled.
2. The Court accepts the findings and recommendation of the R&R.
3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
4. All motions are denied as moot and terminated.

///

1   IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
2 Order and the Judgment on all counsel or parties of record.
3
4
5 Dated: _____2-25-15_____                    _____
                                                       FERNANDO M. OLGUIN
6                                             UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28