I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-27-15

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S. DISTRICT COURT

FEB 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ADAM QUINCY JONES, | Case No. CV 14-09373 FMO (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| CALVIN JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 2-25-15

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE